**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DOMINGO ALTORAN,

    Plaintiff,

v.                                                     CASE NO. 1:12-cv-00221-MP-GRJ

MICHAEL SCHWEICH, DON HOWARD,
and BEACH COMMUNITY BANK,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 8, 2012. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is DISMISSED for lack of jurisdiction and failure to state a claim upon which relief may be granted.

**DONE AND ORDERED** this  _10th_  day of December, 2012

                                      *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge